UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LEE GUIDRY, | ) |
| Petitioner, | ) ) |
| v. | ) Case No. 1:18-cv-941-KOB-GMB |
| WARDEN FCI TALLADEGA, | ) ) |
| Respondent. | ) |

## **MEMORANDUM OPINION**

Lee Guidry, a federal prisoner proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). On February 4, 2020, the magistrate judge entered a report recommending this action be dismissed for lack of jurisdiction. (Doc. 14). Although the magistrate judge advised Guidry of his right to file specific written objections within fourteen days, the court has received no objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's findings and **ACCEPTS** his recommendation. The court **DISMISSES** Guidry's petition for a writ of habeas corpus without prejudice for lack of jurisdiction. Additionally, the court **DENIES** a certificate of appealability.

The court will enter a separate Order consistent with this Memorandum Opinion.

**DONE** and **ORDERED** this 12th day of March, 2020.

_____
**KARON OWEN BOWDRE**
UNITED STATES DISTRICT JUDGE